IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STATE OF FLORIDA, ex. rel., the
DEPARTMENT OF FINANCIAL SERVICES
OF THE STATE OF FLORIDA,

      Petitioner,

vs.                                    CASE NO.: 4:07cv176-SPM/WCS

UNIVERSAL HEALTH CARE INSURANCE
COMPANY, a Florida corporation,

      Respondent.
_____/

## ORDER DENYING MOTION TO STRIKE

Upon consideration, Universal Health Care Insurance Company's motion to strike (doc. 29) is denied. Universal Health Care Insurance Company may confer with opposing counsel in an effort to resolve the motion for attorney fees and costs (doc. 28), and shall have up to and including January 14, 2008, to file a response to the motion.

SO ORDERED this 2nd day of January, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge